IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GREGORY APELIAN, on behalf of myself and
the Disenfranchised Voters of America, to include
the entire American Voting Public,

      Plaintiff,

vs.                                                                                                   Civ. No. 00-1715 WWD

PRESIDENT CLINTON; U.S. CONGRESS – SENATE
MAJORITY LEADER LOTT, SENATE MINORITY LEADER
DASCHLE, HOUSE MAJORITY LEADER ARMEY, AND
HOUSE MINORITY LEADER GEPHARDT; VICE PRESIDENT
GORE; GOVERNOR GEORGE BUSH; GOVERNOR JEB BUSH;
THE FLORIDA STATE LEGISLATURE – PRESIDENT OF THE
SENATE JOHN McKAY, DEMOCRATIC SENATE LEADER
TOM ROSSIN, and SPEAKER OF THE HOUSE TOM FEENEY;
and FLORIDA SECRETARY OF STATE, KATHERINE HARRIS,

      Defendants.

## **MEMORANDUM OPINION AND ORDER**

This matter comes before the court *sua sponte.* Plaintiff, appearing *pro se,* has filed four petitions, an original and three amended versions, seeking emergency injunctive relief. The first petition named no defendants. The amended petitions have named as defendants President Clinton and various federal and State of Florida political leaders. The petitions address the recent election for President of the United States. Plaintiff has signed a consent to proceed before a magistrate judge. No returns of service or entries of appearance have been filed with respect to any of the defendants.  Plaintiff has made numerous inquiries of the Clerk and of my staff as to how the matter is proceeding.  Absent the consent of the defendants, I am unable to take any action which

would effectively address the petitions filed herein. Summary disposition may be appropriate.

Accordingly, I am directing the Clerk to transfer this Cause to a district judge.

    **IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE